# EXHIBIT B



Dear Direct Store Distributor,

Based on a new Utah Law, the Kratom Regulation Act (KRA), signed by Governor Spencer J Cox on March 26, 2026, all kratom leaf products that are mixed with any other ingredient must be taken off store shelves and cannot be sold starting May 6, 2026.

To comply with the KRA, we are notifying all Utah direct to store distributors that unless action is taken by the court to enjoin implementation of the statute, feel free Classic will no longer be made available for sale in the state of Utah, beginning May 1, 2026. We encourage you to please work with your retailers to ensure all feel free Classic is either 100% sold though or removed from store shelves no later than May 6, 2026.

In addition, any feel free Classic that you have in your possession in inventory, should be moved out of the state of Utah, disposed of, or returned to Botanic Tonics no later than May 6, 2026

If you have any questions, please feel free to reach out to Monica Lewis or Chris Elebesunu.

Sincerely,
Botanic Tonics

