# EXHIBIT C

**MEMORANDUM OF AGREEMENT**

This Memorandum of Agreement ("Memorandum") is entered into on this 1st day of November, 2025, by and between the Utah Department of Agriculture and Food, 4315 S 2700 W 2nd Floor, Suite 2200, Taylorsville, UT 84129 ("UDAF") and Botanic Tonics, LLC, 13105 East 61st Street, Suite A, Broken Arrow, OK 74012 ("BT") (collectively, "the Parties").

WHEREAS UDAF anticipates imminent adoption of amendments to its rules that would eliminate per serving limits on kavalactones in kratom-containing products and eliminate child resistant packaging requirements, among other revisions;

WHEREAS the UDAF amendments to its rules will no longer restrict the sale of BT's *feel free*® CLASSIC plant-based Herbal Supplement 2oz and *feel free*® Classic plant-based herbal supplement capsules - 90 ct bottle ("*feel free*® Classic products") in the state of Utah;

WHEREAS BT has experienced and will continue to experience significant financial losses each day *feel free*® CLASSIC products are not allowed to be sold in Utah;

NOW THEREFORE, it is agreed by the Parties:

(1) that from November 1, 2025, forward UDAF shall take no action to prevent the sale of *feel free*® CLASSIC products, on the basis that the products violate UDAF's per-serving limits on kavalactones or fail to comply with UDAF's child-resistant packaging requirements, in Utah so long as they are and remain registered with requisite fees paid by BT and other wise comply with Utah law;

(2) that UDAF accepts the contents of Exhibit 1 (application number KR-000000177) and confirms receipt of BT's payment of the requisite registration fee simultaneous herewith and further confirms that BT's *feel free*® CLASSIC products are now duly registered and may be lawfully sold in the state of Utah;

(3) that henceforth UDAF shall not consider it unlawful for BT to market and sell *feel free*® CLASSIC products in Utah so long as BT remains in compliance with UDAF registration and registration fee requirements and any other Utah law not specifically mentioned herein.

(4) This Memorandum may be executed in one or more counterparts and, if executed in more than one counterpart, the executed counterparts shall each be deemed to be an original but all such counterparts shall together constitute one and the same instrument.

(5) Delivery of an executed Memorandum by one party to any other party may be made by facsimile or electronic mail (including any electronic signature), and the Parties hereto agree that any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes.

Executed on: _____  By: _____
                                   Kelly Pehrson,
                                   Commissioner,
                                   Utah Department of Agriculture and Food


Executed on: ___10/31/25___    By: _____
                                   Cameron Korehbandi,
                                   Chief Executive Officer,
                                   Botanic Tonics, LLC